March 19, 1980.

Appeal No. 79-236. Providence Teachers Union *v.* Providence School Committee. This matter comes before us on a motion by the plaintiff to affirm a judgment of the Superior Court confirming an arbitrator's award. This motion was filed pursuant to our Rule 16(g). Oral argument was presented by the parties on February 8, 1980. Pursuant to principles enunciated in *Jacinto* v. *Egan,* 120 R.I. 907, 391 A.2d 1173 (1978), and *Belanger* v. *Matteson,* 115 R.I. 332, 346 A.2d 124 (1975), the motion to affirm is hereby granted.

Mr. Justice Doris did not participate. *Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michael-*

*son,* for plaintiff, *Vincent J. Piccirilli,* for defendant.